UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                                                       Chapter 13
                                                           Case No.: 18-17016-LMI

**DIEGO GATTO**,

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND I TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 16th day of July, 2018.**

                                                    Respectfully submitted,

                                                    **GHIDOTTI | BERGER, LLP**
                                                    *Attorneys for Secured Creditor*
                                                    3050 Biscayne Blvd. - Suite 402
                                                   Miami, Florida 33137
                                                   Telephone: (305) 501.2808
                                                   Facsimile: (954) 780.5578

                                                    By:    /s/ Chase A. Berger_____
                                                               Chase A. Berger, Esq.
                                                               Florida Bar No. 083794
                                                               cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:   /s/ Chase A. Berger
        Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Diego Gatto**
11607 SW 90th Terrace
Miami, FL 33176

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*Debtor's Counsel*
**Steven R. Serra, Esq.**
515 S.W. 1st Avenue
Fort Lauderdale, FL 33301

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By:   /s/ Chase A. Berger
        Chase A. Berger, Esq.